IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In the Matter of: | } | |
| | } | Case No. 13-10917 |
| Harolyn W. Kearney | } | |
| Rondala  Kearney | } | Chapter 11 |
| | } | |
| Debtors. | } | Judge Wedoff |

## NOTICE AND MOTION

To:

  The debtors, all creditors, US Trustee and all parties in interest per attached service list.


    PLEASE TAKE NOTICE that on the _16th__ day of _July_, _2014_, at the hour of _10:00 A.M.__ or as soon thereafter as counsel may be heard, I shall appear before the Honorable JUDGE Eugene R. Wedoff_,Bankruptcy Judge, in the room usually occupied by him/her as his/her Courtroom at Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, courtroom 744, Chicago, IL  60604, and then and there ask for entry of an Order in accordance with the prayer of the attached  MOTION FOR APPROVAL OF ATTORNEYS FEES  , a copy of which is herewith served upon you, at which time and place you may appear if you so see fit.

                                        BY__ /s/ Stephen J. Costello___
                                        COSTELLO & COSTELLO, P.C.
                                        19 NORTH WESTERN AVE. (RT. 31)
STATE OF ILLINOIS )                      CARPENTERSVILLE, ILLINOIS 60110
                 )                       PHONE: (847)  428 - 4544
COUNTY OF KANE  )

          STEPHEN J. COSTELLO   being first duly sworn on oath, deposes and says that he/she served the above and foregoing Notice and  MOTION FOR APPROVAL OF ATTORNEYS FEES , therein referred, by mailing copies of each to then above address(es) postage fully paid in the U.S. Mail at West Dundee Illinois this  23rd_ day of _June_ ,  _2014_ Except where electronic service is indicated in which case(s) service will be by the court's ECF electronic service.

                                        __/s/ Stephen J. Costello_____
                                        Stephen J. Costello, Attorney for the Debtor


STEPHEN J. COSTELLO
COSTELLO & COSTELLO, P.C.
19 N. WESTERN AVE.(RT. 31)
CARPENTERSVILLE, IL. 60110
phone (847) 428 - 4544
ARDC # 6187315
FAX (847) 428-4694
e-mail: steve@costellolaw.com

Green Tree Servicing LLC, as authorized serv
1400 Turbine Drive
Rapid City, SD 57703-4719


Northbrook Bank and Trust
2247 W. Lawrence
Chicago, IL 60625-1903

WELLS FARGO BANK, N.A.
c/o Codilis & Associates, P.C.
15W030 N. Frontage Road, Suite 100
Burr Ridge, IL 60527-6921


ADVANTA
700 DRESHER RD
HORSHAM PA 19044-2206

Advanta Bank Corporation
Resurgent Capital Services
PO Box 10368
Greenville, SC 29603-0368

BANK OF NY MELLON fka The Bank of NY
Specialized Loan Servicing, LLC
Attention Bankruptcy Department
8742 Lucent Blvd, Suite 300
Highlands Ranch, Colorado 80129-2386


Bank of America Home Loans
450 American Street
Simi Valley, CA 93065-6285

CHASE
ATTN: BANKRUPTCY DEPT.
PO BOX 15298
WILMINGTON, DE 19850-5298

Chase
Carmember Services
PO Box 15153
Wilmington, DE 19886-5159


Deutsche Bank National Trust Company
c/o Ocwen Loan Servicing, LLC
Attn: Bankruptcy Department
P.O. Box 24605
West Palm Beach, FL 33416-4605

Deutsche Bank National Trust Company, as Tru
9191 Broadway
Merrillville, IN 46410-7043

Discover Bank
DB Servicing Corporation
PO Box 3025
New Albany, OH  43054-3025


DISCOVER FINANCIAL SERVICES LLC
PO BOX 3025
NEW ALBANY OH 43054-3025

GREENTREE SERVICING LLC
BANKRUPTCY DEPARTMENT
P O BOX 6154
RAPID CITY SD 57709-6154

Homeward Residential
4600 Regent Blvd
Suite 200
Irving, TX 75063-2478


Northbrook Bank and Trust
c/o Robert Pattullo
10 S. LaSalle, Ste 3400
Chicago, IL 60603-1035

Northbrook Bank and Trust
c/o Robert Pattullo Jr
708 W Madison, Ste 3970
Chicago, IL 60602

Ocwen
P O Box 6440
Carol Stream, Il 60197-6440


Schmidt Salzman & Moran, LTD
111 West Washington Street
Suite 1300
Chicago, IL 60602-3466

US Bank National Association
Nicholas D. Strom
Burke Costanza & Carberry LLP
150 N. Michigan Ave., Suite 800
Chicago, IL 60601-7585

Wells Fargo Bank, N.A.
Wells Fargo Home Mortgage
Attn: Bankruptcy Dept MAC #D3347-01
3476 Stateview Blvd.
Fort Mill, SC 29715-7203


Wells Fargo Home Mortgage
PO Box 5296
Carol Stream, IL 60197-5296

Harolyn W. Kearney
12 Regent Drive
Oak Brook, IL 60523-1729


Patrick S Layng
Office of the U.S. Trustee, Region 11
served electronically

Rondala Kearney
12 Regent Drive
Oak Brook, IL 60523-1729

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In Re                               )
                                      )
                                      )     Bankruptcy No. _____
                                      )
                    Debtor.     )     Chapter       _____

**COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION**
**(IN CASES UNDER CHAPTERS 7, 11 AND 12)**

Name of Applicant: _____

Authorized to Provide Professional Services to: _____

Date of Order Authorizing Employment: _____

Period for Which Compensation is Sought:
From   _____, _____    through _____, _____

Amount of Fees Sought:    $_____

Amount of Expense Reimbursement Sought:    $_____

This is an:       Interim Application _____       Final Application _____

If this is *not* the first application filed herein by this professional, disclose as to all prior fee applications:

| Date<br>Filed | Period<br>Covered | Total Requested<br>(Fees & Expenses) | Total Allowed<br>(Fees & Expenses) | Fees & Expenses<br>Previously Paid |
|---|---|---|---|---|
| | | | | |

Dated:  _____                         _____
                                                              (Counsel)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In re: | } | |
| | } | Case No. 13-10917 |
| Harolyn W. Kearney and | } | |
| Rondala  Kearney, | } | Chapter 11 |
| | } | |
| Debtors | } | Judge Wedoff |

APPLICATION FOR APPROVAL OF ATTORNEYS FEES

Now comes Stephen J. Costello and James A. Young, attorneys for the Debtors and moves this court for entry of an order approving and authorizing payment of attorney's fees and expenses and in support thereof state as follows:

1. Harolyn W. Kearney and Rondala Kearney, the Debtors and Debtors in Possession herein (hereinafter "Debtors"),  commenced this case on March 19, 2013 by filing a voluntary petition for relief under Chapter 11 of Title 11 of the United States Bankruptcy Code.

2. That Stephen J. Costello and the law firm of Costello & Costello, P.C. and  James A. Young and the law firm of James A. Young and Associates, Ltd. have represented the Debtors since prior to the filing of this case.

3. That such representation is being categorized into the following categories:

   **A. General Administration**. This category encompasses the general administration of  the case including pre-filing preparation and meetings, preparing schedules and other initial case filing documents, attending the 341 meeting, advising and instructing the debtors regarding reporting requirements and filing monthly reports. All of James A. Young's time has been put into this category as his primary task in this case was to attend court hearings and meetings. His time in this category totals 26.75 hours at a rate of $300 per hour totals $8,025.00. Stephen J. Costello spent 21.3 hours in this category at $300 per hour totals

$6,390.00, The total for both attorneys combined is 48.05 hours equaling $14,415.00.

B. **Northbrook Bank**. This is the largest creditor by far in this case which had a second mortgage position on real property owned by the Debtors. This creditor was in the process of foreclosure prior to filing and had sought appointment of a receiver. The filing of the case stayed their activity. Success of the confirmation of the plan was essentially dependent on cooperation of this creditor and while this bank originally voted against confirmation and filed an objection to confirmation, counsel for the Debtors was successful in achieving cooperation and having their vote changed to support the plan. Stephen J. Costello spent 3.2 hours in this category for a total of $960.00.

C. **Deutsche Bank/Ocwen**. This creditor has the primary mortgage on the real property where the Debtors funeral business is operated. In the beginning of the case the Debtors had fallen into arrears post - petition. In addition there was a substantial pre-petition arrearage. Counsel for the Debtors was ale to successfully negotiate a motion for relief from stay and formulate a plan to resolve the pre-petition arrears for which this creditor voted to accept. Stephen J. Costello spent 3.9 hours in this category for a total of $1,170.00.

D. **Greentree Mortgage.** This creditor holds a mortgage on one of the Debtors' rental properties on which there were pre-petition arrears. Counsel for the Debtors was able to achieve this creditor's support of a plan which resoled such arrears. Only one hour os time was expended by Stephen J. Costello for a total of $300.00.

E. **Plan**. This category involves the drafting of the plan and disclosure statement and all subsequent amendments and implementation of the voting process and balloting and the ultimate confirmation of the plan. The plan and disclosure were drafted and submitted to interested parties and modified pursuant to requests of those parties. After initial balloting

and rejection of the plan, counsel for the Debtors was successful in negotiating modest amendments to the plan to cause two creditors to eventually withdraw objections and change their rejections to acceptances of the plan.  Stephen J. Costello spent 24.3 hours in this category totaling $7,320.00.

      **F.  <u>Specialized Loan</u>**. This creditor has a second mortgage on the Debtor's residence. Originally the plan provided for a stripping of this mortgage. This creditor objected to such plan and the parties agreed to re-evaluate the property. The debtors modified the plan and came to agreement to leave this mortgage in place while the creditor agreed to waive both pre and post petition arrears  exiting prior to January 1, 2014. Stephen J. Costello spent 1.9 hours for a total of $1,170.00.

4.  That a summary of such categories and time spent by each attorney is as follows:

|  | Stephen J. Costello | | James A Young | | Total | |
|---|---|---|---|---|---|---|
|  | Hours | Dollars | Hours | Dollars | Hours | Dollars |
| A.  General Administration | 21.3 | $6,390.00 | 26.75 | $8,025.00 | 48.05 | $14,415.00 |
| B. Northbrook Bank | 3.2 | $960.00 | 0 | $0.00 | 3.2 | $960.00 |
| C. Deutsche Bank/Ocwen | 3.9 | $1,170.00 | 0 | $0.00 | 3.9 | $1,170.00 |
| D. Greentree mortgage | 1.0 | $300.00 | 0 | $0.00 | 1.0 | $300.00 |
| E. Plan | 24.3 | $7,320.00 | 0 | $0.00 | 24.3 | $7,320.00 |
| F. Specialized Loan | 1.9 | $570.00 | 0 | $0.00 | 1.7 | $570.00 |
| Total | 55.6 | $16,710.00 | 26.75 | $8,025.00 | 82.15 | $24,735.00 |

5.   James A. Young's tasks in this case consisted of all pre-petition counseling and consultation and preparation and post petition attending all court dates and meetings. James A. Young was a solo practitioner during the pendency of this case and his hourly rate is $300 per hour. Attached hereto and made a part hereof is a detailed listing of all time spent by James A. Young in connection with this matter. James A. Young spent 26.75 hours for a total of $8,025.00.

6.   Stephen J. Costello's tasks in this matter involved everything other than attending court hearings. He counseled and advised the debtors in preparing he initial case filing, counseled the debtors in all operating requirements during the case, handled all matters concerning all creditors including creditor questions and motions, and objections. He drafted all necessary motions He also handled the drafting of the plan, disclosure statement and all subsequent amendments and balloting and filings pertaining to the plan and its acceptance or rejection and all negotiations which resulted in the acceptance of the plan. He also then prepared a schedule of payments pursuant to the plan. Stephen J. Costello is a solo practitioner and his hourly billing rate is $300.00 per hour. He spent 55.6 hours for a total of $16,710.00 in this case. A detailed list of the time spent by Stephen J. Costello is attached hereto in the six categories as described hereinabove.

7.   Counsel for the Debtors have not included any time for preparation of this request for approval and payment of fees and expenses.

8.   There have been no previous fee petitions presented in this case.

9.   The only expense for which reimbursement is requested is the court filing fee of $1,213.00. With the fees totaling $24,735.00 plus such expenses, counsel for the debtors are seeking a total approval for payment of $25,948.00.

10.   That counsel for the Debtors received a retainer of $10,000 prior to filing this case and are herein seeking approval of fees and expenses detailed hereinabove and payment of such fees and

expenses. Such allowed fees and expenses which are unpaid after application of the retainer previously paid are to be paid by the Debtors.

WHEREFORE such counsel for the debtors pray that an order be entered approving this request for approval and payment of fees of $24,735.00 plus expenses of $1,213.00 for a total of $25,948.00 and for such other and further relief as is deemed just and equitable in the circumstances.

Respectfully submitted,

By  /s/Stephen J. Costello
    Stephen J. Costello, attorney for the Debtors

STEPHEN J. COSTELLO
ARDC# 6187315
COSTELLO & COSTELLO, P.C.
19 N. WESTERN AVE.(RT. 31)
CARPENTERSVILLE, IL. 60110
phone (847) 428 - 4544
fax (847) 428-4694
e-mail steve@costellolaw.com

# JAMES A. YOUNG & ASSOCIATES, LTD.
### 47 DuPage Court
### ELGIN, ILLINOIS 60120

TELEPHONE (847) 608-9526
TELEFAX (847) 695-3494
WEBSITE www.youngbklaw.com

May 12, 2014


Harolyn Kearney
Rondala Kearney
PO BOX 3182
Oak Brook, IL 60523


Re: Billing For Case # 13-10917


| | |
|---|---|
| 04/14/12 – Interview with Clients- Discuss Chap. 11 | 1.0 Hours / $300 per Hour |
| 04/18/12 – Meeting with Clients | 1.0 Hours / $300 per Hour |
| 05/01/13 – Preparation for 341 Meeting | 1.3 Hours / $300 per Hour |
| 05/02/13 – Chapter 11 341 Meeting – Chicago | 1.5 Hours / $300 per Hour |
| 05/07/13 – Preparation for Status Hearing | .50 Hours / $300 per Hour |
| 05/08/13 – Court Hearing on Amended Order & Status Hearing – Chicago | 1.6 Hours / $300 per Hour |
| 07/01/13 – Preparation for Hearing on Motion for Relief of Stay | .60 Hours / $300 per Hour |
| 07/02/13 – Court Hearing on Motion of Relief of Stay – Chicago | 1.4 Hours / $300 per Hour |

| | |
|---|---|
| 09/10/13 – Preparation for Status Hearing | .40 Hours / $300 per Hour |
| 09/11/13 – Court Hearing on Status of Chap. 11 Chicago | 1.3 Hours / $300 per Hour |
| 10/06/13 – Preparation for Written Objection To Disclosure Statement | .75 Hours / $300 per Hour |
| 10/07/13 – Court Hearing on Written Objection to Disclosure Statement by US Trustee | 1.7 Hours / $300 per Hour |
| 10/15/13 – Preparation for Hearing on Disclosure Statement | .40 Hours / $300 per Hour |
| 10/16/13 – Court Hearing on Disclosure Statement & Plan Of Chap. 11 - Chicago | 1.5 Hours / $300 per Hour |
| 01/13/14 – Preparation for Confirmation & Adequacy Hearing | .60 Hours / $300 per Hour |
| 01/14/14 – Court Hearing on Confirmation & Adequacy Hearing of Chap. 11 – Chicago | 1.6 Hours / $300 per Hour |
| 02/24/14 – Preparation for Status Hearing | .30 Hours / $300 per Hour |
| 02/25/14 – Court Hearing on Status of Confirmation – Chicago | 1.4 Hours / $300 per Hour |
| 03/03/14 – Preparation for Status Hearing | .60 Hours / $300 per Hour |
| 03/04/14 – Court Hearing on Status of Confirmation & Disclosure Statement | 1.5 Hours / $300 per Hour |
| 03/17/14 – Preparation for Status Hearing | .50 Hours / $300 per Hour |
| 03/18 /14 – Court Status Hearing on Confirmation Of Chap. 11 Plan | 1.6 Hours / $300 per Hour |

| | |
|---|---|
| 04/08/14 – Preparation for Status Hearing | .40 Hours / $300 per Hour |
| 04/09/14 – Court Hearing on Status of Chap. 11 Plan | 1.7 Hours / $300 per Hour |
| 04/15/14 – Preparation for Confirmation Hearing | .40 Hours / $300 per Hour |
| 04/16/14 – Confirmation Hearing on Chap. 11 & Disclosure Statement - Chicago | 1.2 Hours / $300 per Hour |

Total Hours:                                                     26.75 Hours
                                                                        ($300.00 per Hour)

Total Amount Due:                                          $8025.00

Sincerely,
James A. Young & Associates, Ltd.

James A. Young

**Title: Harolyn and Rondala Kearney**
Regarding: Chapter 11

**General Administration**

All time indicated is time expended by Stephen J. Costello, attorney unless otherwise indicated.

| Date | Description | Time spent | Hourly rate | Charge for event |
|------|-------------|------------|-------------|------------------|
| 10/16/2012 | Meeting with Debtors at Jim Young office. | 1.2 | $300.00 | $ 360.00 |
| 3/1/2013 | Review file from Jim Young, begin to prepares schedules, etc. | 1.1 | $300.00 | $ 330.00 |
| 3/8/2013 | Continue preparation of schedules, etc. | 1.7 | $300.00 | $ 510.00 |
| 3/13/2013 | Phone conversation with Harolyn re schedules. | .2 | $300.00 | $ 60.00 |
| 3/18/2013 | Meeting at Costello office with Debtors to go over schedules, make corrections and additions and sign. | 1.5 | $300.00 | $ 450.00 |
| 3/18/2013 | E-mail to Harolyn re signature on doc. | .1 | $300.00 | $ 30.00 |
| 3/19/2013 | Make final corrections and file case. | .3 | $300.00 | $ 90.00 |
| 3/19/2013 | Phone conference with agent for receiver re case filing. | .1 | $300.00 | $ 30.00 |
| 3/19/2013 | E-mail to Harolyn re case filed. | .1 | $300.00 | $ 30.00 |
| 3/20/2013 | Review e-mail from Harolyn and respond e-mail re wage garnishment. | .2 | $300.00 | $ 60.00 |
| 3/23/2013 | e-mail to Jim Young re case filing and his appearance and my conversation with Bank lawyer. | .5 | $300.00 | $ 150.00 |
| 4/3/2013 | E-mail to Jim Young re 341 meeting etc and operating instructions. | .2 | $300.00 | $ 60.00 |
| 4/3/2013 | E-mail to Debtors re operation instructions and informal meeting and 341 meeting. | .2 | $300.00 | $ 60.00 |

| Date | Description | Hours | Rate | | Amount |
|---|---|---|---|---|---|
| 4/4/2013 | Review e-mail from Debtor and respond re loan modification and mortgage payments. | .2 | $300.00 | $ | 60.00 |
| 4/9/2013 | E-mail to debtor re us meeting to go over filing and instructions. | .1 | $300.00 | $ | 30.00 |
| 4/11/2013 | Meet with Debtors and Jim Young to go over operating instructions, etc. | 1.3 | $300.00 | $ | 390.00 |
| 4/29/2013 | Phone conf with Jim young re meeting last week and form 26 and amendments needed. | .2 | $300.00 | $ | 60.00 |
| 4/30/2013 | E-mail to Debtors re rental properties income and expenses to amend I and J and re financial statements re form 26. | .3 | $300.00 | $ | 90.00 |
| 4/30/2013 | Prepare notice, motion, affidavits and proposed order regarding motion to employ attorneys Costello and Young. | .8 | $300.00 | $ | 240.00 |
| 4/30/2013 | Review e-mail from Harolyn Kearney and respond regarding form 26 and applicable entities to that form. | .2 | $300.00 | $ | 60.00 |
| 5/1/2013 | Review fax from Harolyn with first monthly report. Draft e-mail to Debtor explaining corrections and changes that must be made. | .5 | $300.00 | $ | 150.00 |
| 5/1/2013 | Phone conference with Jim Young re Debtor's needing help with reports and other matters regarding 341 meeting to be held next day. | .2 | $300.00 | $ | 60.00 |
| 6/4/2013 | Review report submitted by Debtors to me. Tried to redraft report into acceptable form. Then e-mailed such draft and specific page by page instructions to Debtor. | 2.3 | $300.00 | $ | 690.00 |
| 6/4/2013 | Review Debtors' draft of March report. Write lengthy e-mail explaining what is wrong and the correct way. | .5 | $300.00 | $ | 150.00 |
| 6/4/2013 | Review e-mail from UST and respond. | .1 | $300.00 | $ | 30.00 |
| 6/5/2013 | Review e-mail from Harolyn re reports and respond. | .1 | $300.00 | $ | 30.00 |

| Date | Description | | | | |
|------|-------------|---|---|---|---|
| 6/10/2013 | Review Debtors' draft of March and April reports and e-mail response explaining what is wrong and corrections. | .4 | $300.00 | $ | 120.00 |
| 6/11/2013 | Review another draft of March and April reports and again respond with corrections necessary. | .3 | $300.00 | $ | 90.00 |
| 6/11/2013 | Draft and send e-mail to US Trustee re reports. | .1 | $300.00 | $ | 30.00 |
| 6/12/2013 | Review another draft of reports and respond with questions and more corrections. | .3 | $300.00 | $ | 90.00 |
| 6/14/2013 | Review final draft of reports, make some corrections, send to Debtors for review and signatures and file reports. | .4 | $300.00 | $ | 120.00 |
| 6/17/2013 | Review Debtors' draft of May monthly report. This time I completely redraft report using Debtor's numbers and forward to debtors for review and signatures and file report. | 2.5 | $300.00 | $ | 750.00 |
| 7/8/2013 | Review e-mail from US Trustee and respond by e-mail. | .3 | $300.00 | $ | 90.00 |
| 7/15/2013 | Review June monthly report. File monthly report. | .2 | $300.00 | $ | 60.00 |
| 7/18/2013 | Write and send e-mail to Atty Bacher of UST re status of plan and disclosure. | .1 | $300.00 | $ | 30.00 |
| 8/1/2013 | Review e-mail from Debtors with monthly report for July. Review report. | .2 | $300.00 | $ | 60.00 |
| 8/21/2013 | Draft and file motion and proposed order re setting bar date. | .4 | $300.00 | $ | 120.00 |
| 9/6/2013 | Review August report from Debtors and e-mail question to Mr. Kearney. | .1 | $300.00 | $ | 30.00 |
| 9/12/2013 | Prepare and file proof of service re notice re claims bar date. | .1 | $300.00 | $ | 30.00 |
| 10/11/2014 | File monthly report for September. | .1 | $300.00 | $ | 30.00 |
| 11/27/2013 | Review mo report for October and file it. | .1 | $300.00 | $ | 30.00 |

| | | | | | |
|---|---|---|---|---|---|
| 12/13/2013 | Draft and send e-mail to Wayne Kearney re reports. | .1 | $300.00 | $ | 30.00 |
| 12/17/2013 | Review and file mo report. | .1 | $300.00 | $ | 30.00 |
| 2/11/2014 | Review Dec and Jan mo reports and file them. | .2 | $300.00 | $ | 60.00 |
| 4/24/2014 | Prepare schedule of plan payments to all classes and send to Wayne Kearney via e-mail with explanation. | .7 | $300.00 | $ | 210.00 |
| 4/24/2014 | Review e-mail response from Wayne Kearney re plan payments and respond. | .3 | $300.00 | $ | 90.00 |
| 5/2/2014 | Review e-mail from Wayne Kearney and respond by e-mail re payments made. | .1 | $300.00 | $ | 30.00 |
| Total | | 21.3 | $300.00 | $ | 6,390.00 |

**Title: Harolyn and Rondala Kearney**
Regarding: Chapter 11

**Northbrook Bank**

All time indicated is time expended by Stephen J. Costello, attorney unless otherwise indicated.

| Date | Description | Time spent | Hourly rate | Charge for event |
|------|-------------|------------|-------------|------------------|
| 3/19/2013 | Phone conference with lawyer for Northbrook Bank re filing. | .1 | $300.00 | $ 30.00 |
| 6/24/2013 | Phone conference with Atty Pattullo re Northbrook Bank and make an offer to settle liens. | .2 | $300.00 | $ 60.00 |
| 7/18/2013 | Review e-mail from Atty Pattullo re fin stmts and tax returns. | .1 | $300.00 | $ 30.00 |
| 7/18/2013 | Send e-mail to Mr. Kearney re fin stmts and tax returns. | .1 | $300.00 | $ 30.00 |
| 8/18/2013 | Draft and send e-mail to debtors answering question re Northbrook Bank and to send copy of amended plan and DS. | .2 | $300.00 | $ 60.00 |
| 8/20/2013 | Draft and send e-mail to atty Pallullo for Northbrook Bank with tax returns and explain amendments to returns. | .2 | $300.00 | $ 60.00 |
| 8/22/2013 | Review e-mail from atty Pallullo re plan and property and respond. | .2 | $300.00 | $ 60.00 |
| 9/5/2013 | Review e-mail from atty Patullo re further fin info and tax return and e-mail such requests to Debtors. | .2 | $300.00 | $ 60.00 |
| 9/24/2013 | Review e-mail from atty Patullo re Northbrook Bank requests. | .1 | $300.00 | $ 30.00 |
| 9/24/2013 | Draft and send e-mail to Debtors re Bank Requests for docs. | .1 | $300.00 | $ 30.00 |
| 9/24/2013 | Draft and send e-mail to atty Patullo with attached tax returns and explanations/answers to his questions. | .3 | $300.00 | $ 90.00 |

| Date | Description | Hours | Rate | Amount |
|------|-------------|-------|------|--------|
| 9/24/2013 | Review e-mail from Mr. Kearney and respond by e-mail. | .1 | $300.00 | $ 30.00 |
| 9/25/2013 | Draft e-mail to atty Pattulo re funeral count etc. | .1 | $300.00 | $ 30.00 |
| 10/7/2013 | Draft and send e-mail to atty Patulo re ballot, objection and compromise. | .1 | $300.00 | $ 30.00 |
| 10/7/2013 | Review response of atty Pattulo and respond. | .1 | $300.00 | $ 30.00 |
| 10/8/2013 | Review Northbrook Bank ballot and Objection to plan. | .2 | $300.00 | $ 60.00 |
| 10/16/2013 | Draft and send e-mail to Wayne Kearney re Northbrook Bank and respond. | .1 | $300.00 | $ 30.00 |
| 11/13/2013 | Review e-mail from atty Pattulo re increasing unsecured and respond. | .2 | $300.00 | $ 60.00 |
| 11/18/2013 | Phone conf with atty Pattulo re plan and sale of Warren property. | .2 | $300.00 | $ 60.00 |
| 1/13/2014 | Review e-mail from atty Pattulo and respond by e-mail. | .1 | $300.00 | $ 30.00 |
| 4/9/2014 | Review ballot of Northbrook Bank. | .1 | $300.00 | $ 30.00 |
| 4/16/2014 | Review e-mail from atty Patullo re conf and respond by e-mail. | .1 | $300.00 | $ 30.00 |
| Total | | 3.2 | $300.00 | $ 960.00 |

**Title: Harolyn and Rondala Kearney**

Regarding: Chapter 11

**Deutsche Bank aka Ocwen**

All time indicated is time expended by Stephen J. Costello, attorney unless otherwise indicated.

| Date | Description | Time spent | Hourly rate | Charge for event |
|------|-------------|------------|-------------|------------------|
| 4/3/2013 | Phone conf with atty Lieberman re mortgage. | .1 | $300.00 | $  30.00 |
| 5/1/2013 | Phone conf w/atty Lieberman re payments to mortgage on commercial property and legal logistics concerning that property. | .2 | $300.00 | $  60.00 |
| 6/21/2013 | Receive and read motion to mod stay re Stony Island property. | .1 | $300.00 | $  30.00 |
| 6/21/2013 | Draft and send e-mail to Jim Young re mo to mod stay re Stony Island property. | .1 | $300.00 | $  30.00 |
| 6/25/2013 | Phone conf w/ Harolyn re mo to mod stay. | .2 | $300.00 | $  60.00 |
| 6/25/2013 | Phone conf with atty Mitch Lieberman re his mo to mod stay. Discussed escrow and explain higher payment and lien of Northbrook bank, etc. | .2 | $300.00 | $  60.00 |
| 7/1/2013 | E-mail to atty Lieberman re possible agreement concerning post-petition arrears. | .1 | $300.00 | $  30.00 |
| 7/1/2013 | Phone conf with Mr. Kearney re motion to mod stay. | .1 | $300.00 | $  30.00 |
| 7/1/2013 | Review e-mail from atty Lieberman re motion to mod stay and respond. | .1 | $300.00 | $  30.00 |
| 7/1/2013 | Draft and send e-mail to Debtors with instructions re court on Tuesday re motion to mod stay. | .1 | $300.00 | $  30.00 |
| 7/9/2013 | Phone conf with atty Lieberman re Ocwen problems with the plan. | .1 | $300.00 | $  30.00 |

| 7/16/2013 | Phone conference with Mr. Kearney re Ocwen motion. | .1 | $300.00 | $ | 30.00 |
|---|---|---|---|---|---|
| 7/18/2013 | Review Proof of claim of Ocwen. | .1 | $300.00 | $ | 30.00 |
| 7/18/2013 | Phone conference with atty Lieberman re Ocwen proof of claim, plan and payment amount. | .2 | $300.00 | $ | 60.00 |
| 8/5/2013 | Review e-mail from atty Lieberman re current arrears and forward numbers to debtors. | .1 | $300.00 | $ | 30.00 |
| 8/17/2013 | E-mail to atty Lieberman with payment copies. | .2 | $300.00 | $ | 60.00 |
| 8/17/2013 | e-mail math re arrears to Ocwen to Debtors. | .1 | $300.00 | $ | 30.00 |
| 8/22/2013 | Review e-mail from atty Lieberman re Ocwen and payments not current. | .1 | $300.00 | $ | 30.00 |
| 8/22/2013 | Draft and send e-mail to atty Lieberman going over math in detail regarding post petition payments. | .2 | $300.00 | $ | 60.00 |
| 8/23/2013 | Review e-mail from atty Lieberman re post petition payments and respond and also send e-mail informing Debtors. | .2 | $300.00 | $ | 60.00 |
| 10/4/2013 | Review e-mail from atty Lieberman and respond re ballot and current payment. | .1 | $300.00 | $ | 30.00 |
| 10/8/2013 | Review ballot of Deutsche Bank. | .1 | $300.00 | $ | 30.00 |
| 4/16/2014 | Review e-mail from atty Lieberman re Deutsche Bank payments and respond. | .1 | $300.00 | $ | 30.00 |
| 4/18/2014 | Draft and send e-mail to Wayne Kearney re conf and payments to Deutsche. | .2 | $300.00 | $ | 60.00 |
| 5/27/2014 | Review e-mail from atty Lieberman re payments to Deutsche. | .1 | $300.00 | $ | 30.00 |
| 5/27/2014 | Draft and send e-mail to Wayne Kearney re Deutsche Bank payments. | .1 | $300.00 | $ | 30.00 |
| 5/27/2014 | Review response from Wayne Kearney re Deutsche payments and respond by e-mail. | .1 | $300.00 | $ | 30.00 |

| Date | Description | | | | |
|---|---|---|---|---|---|
| 5/28/2014 | Draft and send e-mail to atty Lieberman re Kearney response re payments. | .1 | $300.00 | $ | 30.00 |
| 6/3/2014 | Review e-mail from atty Lieberman re payment short $68. | .1 | $300.00 | $ | 30.00 |
| 6/3/2014 | Draft and send e-mail to Wayne Kearney re payments to Deutsche and review response. | .1 | $300.00 | $ | 30.00 |
| 6/3/2014 | Draft and send e-mail to atty Lieberman re payments. | .1 | $300.00 | $ | 30.00 |
| Total | | 3.9 | $300.00 | $ | 1,170.00 |

**<u>Title: Harolyn and Rondala Kearney</u>**
Regarding: Chapter 11

**<u>Green Tree</u>**

All time indicated is time expended by Stephen J. Costello, attorney unless otherwise indicated.

| Date | Description | Time spent | Hourly rate | Charge for event |
|------|-------------|------------|-------------|------------------|
| 4/22/2013 | Review letter from Greentree mortgage re loan mod and e-mail copy to Debtor. | .2 | $300.00 | $    60.00 |
| 4/25/2013 | Phone conf with Greentree mortgage re docs needed for loan mod and e-mail to debtors re such docs. | .1 | $300.00 | $    30.00 |
| 7/19/2013 | Review e-mail from atty Dillon re Green Tree and her obj to plan and court status. | .1 | $300.00 | $    30.00 |
| 7/19/2013 | Reply to atty Dillon re plan and objection and court status. | .1 | $300.00 | $    30.00 |
| 9/24/2013 | Review e-mail from atty Dillion re mortgage on Humphrey property and respond and explain plan treatment. | .2 | $300.00 | $    60.00 |
| 9/27/2013 | Review e-mail from atty Dillon and respond by e-mail. | .2 | $300.00 | $    60.00 |
| 10/8/2013 | Review Green Tree Ballot. | .1 | $300.00 | $    30.00 |
| Total | | 1 | $300.00 | $   300.00 |

**Title: Harolyn and Rondala Kearney**
Regarding: Chapter 11

**Confirmation of Plan**

All time indicated is time expended by Stephen J. Costello, attorney unless otherwise indicated.

| Date | Description | Time spent | Hourly rate | Charge for event |
|------|-------------|-----------|-------------|---------|
| 6/24/2013 | Begin drafting Plan. Complete first draft. | 1.5 | $300.00 | $  450.00 |
| 6/24/2013 | Begin drafting Disclosure Statement. | 1.7 | $300.00 | $  510.00 |
| 6/25/2013 | Draft Liquidation analysis. | 1.4 | $300.00 | $  420.00 |
| 6/25/2013 | Continue drafting Disclosure Statement. | 1.2 | $300.00 | $  360.00 |
| 6/28/2013 | Prepare cash flow exhibit. | .8 | $300.00 | $  240.00 |
| 6/28/2013 | Finish disclosure statement. | .5 | $300.00 | $  150.00 |
| 6/28/2013 | Edit/finish Plan. | .3 | $300.00 | $   90.00 |
| 6/28/2013 | E-mail to Debtors re plan and disclosure. | .1 | $300.00 | $   30.00 |
| 8/17/2013 | Office meeting with Debtors and co-counsel | 1.5 | $300.00 | $  450.00 |
| 8/17/2013 | Re-do the cash flow statement for the disclosure statement. | 1.4 | $300.00 | $  420.00 |
| 8//18/2013 | Amend plan and disclosure statement including to add a class and modify other classes and make many detailed changes. | 2.2 | $300.00 | $  660.00 |
| 8/18/2013 | Draft and send e-mail to UST and active creditors. | .1 | $300.00 | $   30.00 |
| 8/20/2013 | Draft and send e-mail to atty Bacher of UST explaining changes to plan and hopefully addressing her objections. | .3 | $300.00 | $   90.00 |
| 8/21/2013 | Review e-mail from atty Bacher UST responding to my e-mail. | .1 | $300.00 | $   30.00 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 9/4/2013 | Make changes to disclosure statement per US Trustee request and create a new exhibit schedule of class 7 claims and payments. | 1.2 | $300.00 | $ 360.00 |
| 9/4/2013 | Draft e-mail to US Trustee re changes to disclosure stmt and other explanations regarding plan. | .2 | $300.00 | $ 60.00 |
| 9/5/2013 | Review e-mail from US Trustee re plan and discharge language - make changes to plan per UST request and e-mail copy to UST. | .3 | $300.00 | $ 90.00 |
| 9/11/2013 | Prepare notice re conf hearing. | .4 | $300.00 | $ 120.00 |
| 9/11/2013 | Prepare Order re conf hearing and mail with letter to Judge Wedoff. | .2 | $300.00 | $ 60.00 |
| 9/12/2013 | Prepare ballot. | .3 | $300.00 | $ 90.00 |
| 9/12/2013 | Prepare and file proof of service for notice re conf hrg. | .2 | $300.00 | $ 60.00 |
| 9/25/2013 | Review ballot of Discover Bank. | .1 | $300.00 | $ 30.00 |
| 10/2/2013 | Read e-mail from Wayne Kearney and respond by e-mail. | .1 | $300.00 | $ 30.00 |
| 10/4/2013 | Draft and send e-mail to 4 creditors seeking positive ballots. | .4 | $300.00 | $ 120.00 |
| 10/8/2013 | Draft and send e-mail to Wayne Kearney to bring up to speed on ballots and objections. | .2 | $300.00 | $ 60.00 |
| 10/8/2013 | Review ballot of Advanta Bank. | .1 | $300.00 | $ 30.00 |
| 10/10/2013 | Draft and file ballot report. | .6 | $300.00 | $ 180.00 |
| 10/15/2013 | Review e-mail from Wayne Kearney and respond by e-mail. | .1 | $300.00 | $ 30.00 |
| 11/18/2013 | Draft and send e-mail to Wayne Kearney re plan amendment proposal. | .1 | $300.00 | $ 30.00 |
| 11/27/2013 | Review e-mail from Wayne Kearney re plan details and respond. | .3 | $300.00 | $ 90.00 |
| 11/30/2013 | Draft and send e-mail to Wayne Kearney re status. | .1 | $300.00 | $ 30.00 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 1/23/2014 | Review e-mail from Wayne Kearney and respond by e-mail. | .1 | $300.00 | $ 30.00 |
| 2/12/2014 | Draft amended plan. | 2.4 | $300.00 | $ 720.00 |
| 2/14/2014 | Send e-mail with amended plan to interested parties. | .2 | $300.00 | $ 60.00 |
| 2/14/2014 | Draft and send e-mail to Wayne Kearney re new plan. | .2 | $300.00 | $ 60.00 |
| 2/16/2014 | File second modified plan. | .1 | $300.00 | $ 30.00 |
| 3/3/2014 | Review e-mail from UST Wolfe and reply by e-mail with second mod plan. | .2 | $300.00 | $ 60.00 |
| 3/16/2014 | Re-draft second amnd disclosure. | 1.8 | $300.00 | $ 540.00 |
| 3/16/2014 | Draft and send e-mail to interested parties with second DS. | .2 | $300.00 | $ 60.00 |
| 4/10/2014 | Draft and send e-mail to Wayne Kearney re status and ballots. | .1 | $300.00 | $ 30.00 |
| 4/11/2014 | Review e-mail from UST Wolfe re confirmation and ballots and respond by e-mail. | .2 | $300.00 | $ 60.00 |
| 4/11/2014 | Review e-mail reply from UST Wolfe and respond by e-mail. | .1 | $300.00 | $ 30.00 |
| 4/15/2014 | Draft and send e-mail to atty Wolfe re ballots and conf. | .1 | $300.00 | $ 30.00 |
| 4/15/2014 | Re-draft ballot report. | .4 | $300.00 | $ 120.00 |
| 4/18/2014 | Draft order conf plan. | .3 | $300.00 | $ 90.00 |
| Total | | 24.4 | $300.00 | $ 7,320.00 |

**<u>Title: Harolyn and Rondala Kearney</u>**
Regarding: Chapter 11

**<u>Specialized Loan</u>**

All time indicated is time expended by Stephen J. Costello, attorney unless otherwise indicated.

| Date | Description | Time spent | Hourly rate | Charge for event |
|------|-------------|-----------|-------------|------------------|
| 10/8/2013 | Review Specialized Loan obj to plan. | .2 | $300.00 | $ 60.00 |
| 11/27/2013 | Draft and send e-mail to atty Long re Specialized. | .1 | $300.00 | $ 30.00 |
| 11/27/2013 | Review e-mail from atty Long and respond. | .1 | $300.00 | $ 30.00 |
| 12/13/2013 | Draft and send e-mail to atty Long re Specialized and compromise. | .1 | $300.00 | $ 30.00 |
| 12/17/2013 | Review appraisal of Kearney home. | .1 | $300.00 | $ 30.00 |
| 12/17/2013 | Review e-mail from Wayne Kearney re appraisal and respond via e-mail. | .2 | $300.00 | $ 60.00 |
| 12/18/2013 | Review e-mail from atty Long and respond. | .1 | $300.00 | $ 30.00 |
| 1/13/2014 | Review e-mail from atty Long and respond re status. | .2 | $300.00 | $ 60.00 |
| 2/11/2014 | Review e-mail from atty Long with agreement to proposal and respond. | .2 | $300.00 | $ 60.00 |
| 2/14/2014 | Review e-mail from atty Long and respond. | .1 | $300.00 | $ 30.00 |
| 2/24/2014 | Review e-mail from atty Long re status and reply. | .2 | $300.00 | $ 60.00 |
| 4/10/2014 | Draft and send e-mail to atty Long re ballot. | .1 | $300.00 | $ 30.00 |
| 4/11/2014 | Draft and send e-mail to atty Long re ballot. | .1 | $300.00 | $ 30.00 |
| 4/15/2014 | Review e-mail from atty Long re ballot and respond by e-mail. | .1 | $300.00 | $ 30.00 |
| Total | | 1.9 | $300.00 | $ 570.00 |