IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| In the Matter of: } | |
| } | Case No. 13-10917 |
| Harolyn W. Kearney } | |
| Rondala Kearney } | Chapter 11 |
| } | |
| Debtors. } | Judge Wedoff |

**NOTICE AND MOTION**

To:

The debtors, all creditors, US Trustee and all parties in interest per attached service list.

PLEASE TAKE NOTICE that on the 16th day of July, 2014, at the hour of 10:00 A.M. or as soon thereafter as counsel may be heard, I shall appear before the Honorable JUDGE Eugene R. Wedoff, Bankruptcy Judge, in the room usually occupied by him/her as his/her Courtroom at Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, courtroom 744, Chicago, IL 60604, and then and there ask for entry of an Order in accordance with the prayer of the attached MOTION FOR FINAL DECREE AND TO CLOSE CASE, a copy of which is herewith served upon you, at which time and place you may appear if you so see fit.

BY /s/ Stephen J. Costello
COSTELLO & COSTELLO, P.C.
19 NORTH WESTERN AVE. (RT. 31)
STATE OF ILLINOIS )      CARPENTERSVILLE, ILLINOIS 60110
                 )      PHONE: (847) 428 - 4544
COUNTY OF KANE   )

STEPHEN J. COSTELLO being first duly sworn on oath, deposes and says that he/she served the above and foregoing Notice and MOTION FOR FINAL DECREE AND TO CLOSE CASE, therein referred, by mailing copies of each to then above address(es) postage fully paid in the U.S. Mail at West Dundee Illinois this 23rd day of June, 2014 Except where electronic service is indicated in which case(s) service will be by the court's ECF electronic service.

/s/ Stephen J. Costello
Stephen J. Costello, Attorney for the Debtor

STEPHEN J. COSTELLO
COSTELLO & COSTELLO, P.C.
19 N. WESTERN AVE.(RT. 31)
CARPENTERSVILLE, IL. 60110
phone (847) 428 - 4544
ARDC # 6187315
FAX (847) 428-4694
e-mail: steve@costellolaw.com

Green Tree Servicing LLC, as authorized serv
1400 Turbine Drive
Rapid City, SD 57703-4719

Northbrook Bank and Trust
2247 W. Lawrence
Chicago, IL 60625-1903

WELLS FARGO BANK, N.A.
c/o Codilis & Associates, P.C.
15W030 N. Frontage Road, Suite 100
Burr Ridge, IL 60527-6921

ADVANTA
700 DRESHER RD
HORSHAM PA 19044-2206

Advanta Bank Corporation
Resurgent Capital Services
PO Box 10368
Greenville, SC 29603-0368

BANK OF NY MELLON fka The Bank of NY
Specialized Loan Servicing, LLC
Attention Bankruptcy Department
8742 Lucent Blvd, Suite 300
Highlands Ranch, Colorado 80129-2386

Bank of America Home Loans
450 American Street
Simi Valley, CA 93065-6285

CHASE
ATTN: BANKRUPTCY DEPT.
PO BOX 15298
WILMINGTON, DE 19850-5298

Chase
Carmember Services
PO Box 15153
Wilmington, DE 19886-5159

Deutsche Bank National Trust Company
c/o Ocwen Loan Servicing, LLC
Attn: Bankruptcy Department
P.O. Box 24605
West Palm Beach, FL 33416-4605

Deutsche Bank National Trust Company, as Tru
9191 Broadway
Merrillville, IN 46410-7043

Discover Bank
DB Servicing Corporation
PO Box 3025
New Albany, OH  43054-3025

DISCOVER FINANCIAL SERVICES LLC
PO BOX 3025
NEW ALBANY OH 43054-3025

GREENTREE SERVICING LLC
BANKRUPTCY DEPARTMENT
P O BOX 6154
RAPID CITY SD 57709-6154

Homeward Residential
4600 Regent Blvd
Suite 200
Irving, TX 75063-2478

Northbrook Bank and Trust
c/o Robert Pattullo
10 S. LaSalle, Ste 3400
Chicago, IL 60603-1035

Northbrook Bank and Trust
c/o Robert Pattullo Jr
708 W Madison, Ste 3970
Chicago, IL 60602

Ocwen
P O Box 6440
Carol Stream, Il 60197-6440

Schmidt Salzman & Moran, LTD
111 West Washington Street
Suite 1300
Chicago, IL 60602-3466

US Bank National Association
Nicholas D. Strom
Burke Costanza & Carberry LLP
150 N. Michigan Ave., Suite 800
Chicago, IL 60601-7585

Wells Fargo Bank, N.A.
Wells Fargo Home Mortgage
Attn: Bankruptcy Dept MAC #D3347-01
3476 Stateview Blvd.
Fort Mill, SC 29715-7203

Wells Fargo Home Mortgage
PO Box 5296
Carol Stream, IL 60197-5296

Harolyn W. Kearney
12 Regent Drive
Oak Brook, IL 60523-1729

Patrick S Layng
Office of the U.S. Trustee, Region 11
served electronically

Rondala Kearney
12 Regent Drive
Oak Brook, IL 60523-1729

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

In re:  }
}  Case No. 13-10917
Harolyn W. Kearney and  }
Rondala Kearney,  }  Chapter 11
}
Debtors  }  Judge Wedoff

MOTION FOR FINAL DECREE AND TO CLOSE CASE

Now comes Harolyn W. Kearney and Rondala Kearney by and through their attorneys, Stephen J. Costello and James A. Young, and moves this court for entry of final decree and closing of this case and in support thereof state as follows:

1. Harolyn W. Kearney and Rondala Kearney, the Debtors and Debtors in Possession herein (hereinafter "Debtors"), commenced this case on March 19, 2013 by filing a voluntary petition for relief under Chapter 11 of Title 11 of the United States Bankruptcy Code.

2. That on April 16, 2014 the court confirmed the Debtor's second amended plan of reorganization.

3. The confirmed plan calls for the creation of 8 classes and the status payments to each of such classes is as follows:

CLASS 1: All expenses of administration other than those included in Class 2 and Class 3 hereinbelow. Class 1 in this case consists of fees incurred to the attorneys for the Debtors and any expenses or fees incurred and owing to the Clerk of the United States Bankruptcy Court or the United States Trustee. The expenses and fees due to the United States Trustee or Clerk have been paid for the most part and any unpaid of such fees are minor and will be paid upon Confirmation of the Plan. The attorneys fees have not yet been approved by the court. Concurrently with this motion attorneys have filed a motion for approval

ad payment of their fees.

CLASS 2: This Class consists of any taxes owing by the Debtors as of the date of the filing of the petition for relief under Chapter 11. There is no liability for taxes and no payment is necessary.

CLASS 3: These claims are all other expenses of administration and consist of any debt incurred after the date of filing of this Chapter 11 proceeding for general expenses of the Debtor such as normal residential utilities. The Debtors have paid all such debts on a current basis.

CLASS 4: This Class consists of all claims secured by a First Mortgage on any Real Property of the Debtors which claims other than the claim of Deutsche Bank National Trust Company (a/k/a Ocwen) and other than the claim of Green Tree Servicing, LLC which is secured by a mortgage on the property located at and commonly known as 833 South Humphrey, Oak Park, Illinois 60304 (hereinafter referred to as "833 S. Humphrey Property"). There are three claims in this class each secured by mortgages on three separate parcels of real estate. These claims is approximately consists of the claim of Bank of America with a First Mortgage against the Debtors' residence at 12 Regent Drive, Oak Brook, Illinois, the claim of Wells Fargo secured by a First Mortgage on the real property at 837 South Humphrey, Oak Park, Illinois and the claim of Homeward Residential, secured by a First Mortgage on the real property a 1406 N. Linder, Chicago, Illinois. The Debtors have continued to pay these monthly pursuant to the terms of the notes signed by the Debtors when these debts were incurred .

CLASS 5: This class consists of the claim of Deutsche Bank National Trust Company (a/k/a Ocwen) secured by a first mortgage on the property located at and commonly

known as 7208 S. Stony Island, Chicago, IL 60649 This claim has been assumed and paid according to the note or contractual terms upon which this debts are based originally except that any arrears existing as of the date of filing of the petition for relief shall be paid by the Debtors to claimants in 36 equal monthly installments with the first installment due April 30, 2013 and each successive installment due on the last day of each month thereafter until paid in full. The Debtors have made each of such arrearage payments due since confirmation of the plan.

CLASS 6: This class consists of the claim of the claim of Green Tree Servicing, LLC which is secured by a mortgage on the property located at and commonly known as 833 South Humphrey, Oak Park, Illinois 60304. This claim has been assumed and paid according to the note or contractual terms upon which this debt is based originally except that any arrears existing as of the date of filing of the petition for relief shall be paid by the Debtors to claimants in 60 equal monthly installments with the first installment due April 30, 2013 and each successive installment due on the last day of each month thereafter until paid in full. The Debtors have made each of such arrearage payments due since confirmation of the plan.

CLASS 7: This class consists of any claim of Northbrook Bank and Trust and the claims of all other general unsecured creditors claims arising prior to the date of filing of the Chapter 11 petition for relief . The claims in this class shall be paid out of the Debtor's future income 1% of such claims in twenty (20) equal quarterly installments of 1/20th of 1% each, with the first installment due April 30, 2014 and each successive installment due on the last day of every third month thereafter until a total of 1% of such claims have been paid. In addition to such aforementioned payments, the debtors shall, on or before January 31, 2017 pay the sum of $10,000.00 to the claims in this class on a

pro-rata basis. The Debtors have made the payment due to this class on April 30, 2014. Another payment is not due until July 30, 2014.

CLASS 8: The claims of Specialized Loan Servicing, LLC, Servicing Agent for Bank of New York Mellon f/k/a The Bank of New York as Successor Indenture Trustee to JP Morgan Chase Bank, National Association for CWHEQ Revolving Home Equity Trust, Series 2006-F its successors and/or assigns, secured by a second mortgage on the Debtors' residence located at and commonly known as 12 Regent Drive, Oak Brook, Illinois 60523. The claim in this Class has been assumed and paid according to the note or contractual terms upon which this debt is based originally except that any arrears existing as of December 31, 2013 whether pre-petition or post-petition, shall be added to the principal balance of such claim and shall be paid upon the maturity of such note at the end of the term of the note or at such earlier date as agreed between the parties. The Debtors have resumed making all contractually due payments which have been due on or after January 1, 2014.

WHEREFORE the debtors pray that the court enter a final decree and an order closing this case and for such other and further relief as is deemed just and equitable in the circumstances.

        Respectfully submitted,
        Harolyn Kearney and
        Rondala Kearney
        By   /s/Stephen J. Costello
        Stephen J. Costello, attorney for the Debtors

STEPHEN J. COSTELLO
ARDC# 6187315
COSTELLO & COSTELLO, P.C.
19 N. WESTERN AVE.(RT. 31)
CARPENTERSVILLE, IL. 60110
phone (847) 428 - 4544
fax (847) 428-4694
e-mail steve@costellolaw.com