UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re:<br>Harolyn W. Kearney and<br>Rondala Kearney<br><br>Debtor(s) | BK No.: 13-10917<br><br>Chapter: 11<br>Honorable Eugene Wedoff |

### Final Decree and Order Closing Case

This matter coming to be heard upon the motion of the Debtors for entry of final decree and order closing case;

NOW WHEREFORE it is ordered:

A. That this case be and it is hereby closed; and

B. That the closing of this case notwithstanding, the Debtors are hereby authorized to take any and all actions specified by the confirmed plan; and

C. That the court shall retain jurisdiction for the purposes of enforcement of all provisions of the confirmed plan.

Enter: *[signature]*

Honorable Eugene R. Wedoff
United States Bankruptcy Judge

Dated: July 16, 2014

**Prepared by:**

STEPHEN J. COSTELLO
COSTELLO & COSTELLO, P.C.
19 N. WESTERN AVE.(RT. 31)
CARPENTERSVILLE, IL. 60110
phone (847) 428 - 4544
ARDC # 6187315
FAX (847) 428-4694
e-mail: steve@costellolaw.com